**IT IS ORDERED as set forth below:**

**Date: December 16, 2010**

*Mary Grace Diehl*
_____
**Mary Grace Diehl**
**U.S. Bankruptcy Court Judge**

_____

```
             IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION


   IN RE:                       )    CHAPTER 13
                                )
   AVIS CYNTHIA BETTON,         )    CASE NO. 10-67920-MGD
                                )
         Debtor(s).             )
                                )
   ---------------------------- - ----------------------------------
                                )
   U.S. BANK, N.A.,  ITS        )    CONTESTED MATTER
   ASSIGNS AND/OR SUCCESSORS    )
   IN INTEREST,                 )
                                )
         Movant,                )
                                )
   vs.                          )
                                )
   AVIS CYNTHIA BETTON, and     )
   MARY IDA TOWNSON, as         )
   Trustee,                     )
                                )
         Respondents.           )
                                )
```

**ORDER**

     This matter arose upon the Motion for Relief From Stay of 11

U.S.C. § 362 filed by Movant, who contends it is the holder of a

Deed to Secure Debt (hereinafter referred to as the "Security Deed"), encumbering certain property known as 5681 Albans Way, Lithonia, GA. 30058, as more particularly described in Exhibit "A" attached to the Motion (hereinafter referred to as the "Property"). Hearing before this Court was set for 12/08/2010, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest.  No opposition was presented by Debtor, Debtor's counsel, or Trustee; accordingly, it is hereby

ORDERED that the automatic stay of 11 U.S.C. Section 362 is modified to allow Movant, its successors and assigns, to commence foreclosure proceeding against the Property pursuant to applicable state law, and to assert any or all of its respective rights under applicable state law as to the collateral.  It is further

ORDERED that the Chapter 13 Trustee is authorized to suspend payments to Movant on Movant's existing arrearage Proof of Claim. It is further

ORDERED that all foreclosure sale proceeds which exceed Movant's lawful debt shall be paid to the Trustee promptly.

A copy of this Order shall be mailed to the individuals identified on the Distribution List attached hereto.  It is

FURTHER ORDERED that relief granted herein shall not be stayed by BR 4001(a)(3).

**[END OF DOCUMENT]**

[Signatures on Next Page]

RE:   US BANK v. Avis Cynthia Betton
      Chapter 13 Bankruptcy Case No. 10-67920-MGD

[SIGNATURE PAGE]


PRESENTED BY:

LEVINE, BLOCK & STRICKLAND, LLP

BY: /s/ Ronald A. Levine
Ronald A. Levine, Esq.
(GA Bar No. 448736)
Attorneys for Movant
780 Johnson Ferry Road
Suite 240
Atlanta, GA 30342
(404) 231-4567


HAVING SEEN AND NO OPPOSITION:

/s/ Mary Ida Townson
Mary Ida Townson, Esq.
(GA Bar No. 622149)
The Equitable Building
Suite 2700
100 Peachtree Street, N.W.
Atlanta, GA 30303

## DISTRIBUTION LIST

Avis Cynthia Betton
5681 Albans Way
Lithonia, Georgia 30058

Marsha Diane King, Esquire
King & King, P.C.
215 Pryor Street
Atlanta, GA 30303

Mary Ida Townson, Esq.
The Equitable Building
Suite 2700
100 Peachtree Street, N.W.
Atlanta, GA 30303

Ronald A. Levine, Esq.
Levine, Block & Strickland, LLP.
780 Johnson Ferry Road
Suite 240
Atlanta, GA 30342